# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**JENNIFER DE SAINT FELIX**                                                 **PLAINTIFF**

**v.**                            **Case No. 4:19-cv-00164 KGB**

**JAMES CARLSON CONSTRUCTION, LLC,**
**JAMES CARLSON and VICKY CARLSON**                              **DEFENDANTS**

## ORDER

Before the Court is the parties' joint stipulation of dismissal with prejudice (Dkt. No. 22). The stipulation accords with the terms of Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

For good cause shown, the Court adopts the stipulation of dismissal. The action is dismissed with prejudice.

It is so ordered this 28th day of September, 2020.

_____
Kristine G. Baker
United States District Judge